No. 80–138. VANDERLINDEN, EXECUTOR v. VANDERLINDEN, EXECUTOR. Appeal from Ct. App. Iowa dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–80. PRINCE GEORGE'S PROPERTIES, INC. v. PRINCE GEORGE'S COUNTY, MARYLAND, ET AL. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–5018. BRESSLER v. FIRST APPELLATE COURT OF CALIFORNIA, DISTRICT ONE, ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–5079. REED v. SCHWAB ET AL. Appeal from Sup. Ct. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–1720. DOVE ET AL. v. INDIANA. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 79–1846. NEW HAMPSHIRE ET AL. v. MARSHALL, SECRETARY OF LABOR, ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.